In the Matter of the Claim of SARAH TROPP, Respondent, v. MONTY PINKWASSER et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— GABRIELLI, J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gabrielli, J.